IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Tolbert, Teresa                )    10 B 00875
                                      )
                                      )    Judge  Eugene R. Wedoff

ORDER TO PAY FUNDS TO THE TRUSTEE

To:   City of Chicago Police Department, holder of income due the Debtor
      Attn Payroll Manager
      3510 S Michigan Avenue
      Chicago IL 60653

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings and income to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, City of Chicago Police Department, holder/controller of income for Teresa Tolbert, deduct from any income going to the debtor, the sum of $736.00 each month following receipt of this order and to submit the sum so deducted to "Marilyn O. Marshall," at least once a month at the following address:

> Marilyn O. Marshall
> Chapter 13 Trustee
> P.O. Box 2031
> Memphis TN  38101-2031

IT IS FURTHER ORDERED: that the above named shall stop, or change the amount of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the above named shall notify the Trustee if the employment or services of the debtor is terminated and the reason for such termination.

*/s/ Eugene R. Wedoff*
Eugene R. Wedoff
US Bankruptcy Judge

1/19/10
Dated

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 S Michigan, Ste 800
Chicago, IL 60604